**JOSEPH A. GROB, P.C.**
**3 HAWTHORNE LANE**
**LAWRENCE, NY 11559**
Tel: 516-993-7336
Fax: 866-651-3196

April 16, 2020

> Application GRANTED. The Court will arrange for new counsel to be appointed from the CJA Panel. The Court extends its condolences to counsel. The Clerk of Court is directed to terminate Docket No. 794.
>
> SO ORDERED.
>
> April 17, 2020

Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    United States v. Bryan Cummings
                12 Cr-445 (JMF)
                Reg. No. 6705-054

Dear Judge Furman:

     I represented Bryan Cummings who was sentenced to six month's incarceration on February 10, 2020 for a violation of supervised release. Mr. Cummings is currently at the MDC in Brooklyn.

     Mr. Cummings has written to me to ask for assistance in securing his compassionate release in light of the Covid-19 pandemic. This letter is respectfully submitted to request that Your Honor appoint counsel to Mr. Cummings so that he may submit an application for compassionate release and or any other remedy that might be appropriate considering the Covid-19 pandemic that is wreaking havoc on our nation and within the prison system.

     I ask for new counsel to be assigned because I am no longer on the Southern District's CJA panel and because I closed my law practice on March 19, 2020, when I commenced employment with the New York State Department of Motor Vehicles.

     Further, I just began observing the Jewish Shiva period in memory of my sister who passed away this past week.

     In light of the above, I ask for counsel be assigned to Mr. Cummings to evaluate whether a motion for compassionate release is appropriate and to assist Mr. Cummings.

                                         Respectfully submitted,

                                         Joseph A. Grob

cc:    AUSA Matthew Laroche        (via ECF and email)